| 1001 State St. Suite 1400 | JOSEPH B. AGUGLIA, ESQUIRE | 5111 Neville Rd. |
| Erie, PA 16501 | Attorney-at-Law | Pittsburgh, PA 15225 |
| (814) 480-5790 | www.attorneyjoseph.com | (412) 445-9329 |
| | jaguglia@verizon.net | |

March 30th, 2010

Susan J. Schofield
2520 Beaver Avenue
Monaca PA 15601

Re: **Bankruptcy**

Dear Susan:

Enclosed, please find the "proof of claim" of Americas Servicing, outlining the $17,000 in arrears on the home. Also, please find an updated Chapter 13 payment plan, outlining the $853.55 payment, as opposed to the $619.60 payment you are paying now. If you cannot make the new payment, I suggest going into a Chapter 7 bankruptcy, along with filing for the Obama home plan, www.makinghomesaffordable.gov.

As you know, a Chapter 7 bankruptcy discharges your obligation to pay on a house, so if the house goes to sheriff sale, and they sell the house for less than what you owe to then, you are NOT obligated to pay them the difference if you file a Chapter 7. Kindly take our conversation and this letter into consideration. Thank you for you time and attention in this matter. Should you have any questions, please do not hesitate to contact my office.

Very Truly Yours,

*[signature]*

Joseph B. Aguglia Jr., Esq.

Enclosure

EX A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE __WESTERN__ DISTRICT OF __PENNSYLVANIA__ | PROOF OF CLAIM |
|---|---|

Name of Debtor: SUSAN J. SCHOFIELD

Case Number: 10-20927 JKF

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2004-HE3

Name and address where notices should be sent:
BANKRUPTCY DEPARTMENT
AMERICA'S SERVICING COMPANY
ONE HOME CAMPUS MAC X2302-04C
DES MOINES, IA 50328

Telephone number:
803 396 6800

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ __59,297.12__

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: __Money loaned__
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: __XXXXXX5424__

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ _____   Annual Interest Rate __10.875__ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ __17,618.64__   Basis for perfection: _____

Amount of Secured Claim: $ __59,297.12__   Amount Unsecured: $ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 03/24/2010

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ JAY B. JONES, ESQUIRE
Phelan Hallinan & Schmieg, LLP, JAY B. JONES, ESQUIRE
1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814. 215-563-7000

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**DEBTOR  SUSAN J. SCHOFIELD**  
**CREDITOR: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2004-HE3**

**CASE NO.: 10-20927 JKF**  
**FILING DATE: 02/17/10**

**STATEMENT OF AMOUNT DUE**

**I. ARREARS**

**A. PREPETITION**

| | | |
|---|---|---|
| Monthly Payments | 12/2007 - 03/2008, 4 months @ $567.20 | $2,268.80 |
| | 04/2008 - 12/2009, 21 months @ $555.81 | $11,672.01 |
| | 01/2010 - 02/2010, 2 months @ $508.53 | $1,017.06 |
| PROPERTY PRESERVATION | | $126.25 |
| BPO FEES | | $380.00 |
| ACCRUED LATE CHARGES | | $176.19 |
| ESCROW SHORTAGE | | $286.33 |
| FREEDOM OF INFORMATION ACT LETTERS | | $15.00 |
| DUE DILIGENT INQUIRY | | $110.00 |
| PROPERTY SEARCH | | $75.00 |
| RECORD OWNER LIEN CERTIFICATE | | $325.00 |
| SERVICE OF COMPLAINT | | $50.00 |
| FILING OF COMPLAINT | | $112.00 |
| TAX CERTIFICATION | | $100.00 |
| FORECLOSURE FEE | | $625.00 |
| **TOTAL PREPETITION ARREARS** | | **$17,338.64** |

**B. POSTPETITION FEES/COSTS**

| | |
|---|---|
| PREPARATION AND FILING OF PROOF OF CLAIM | $300.00 |
| TOTAL POSTPETITION ARREARS | ~~$800.00~~ |

**TOTAL ARREARS** — $17,638.64

**II. INDEBTEDNESS**

**A. PREPETITION**

| | |
|---|---|
| Principal Balance | $41,766.85 |
| Interest | $10,453.15 |
| ESCROW ADVANCE | $4,682.68 |
| PROPERTY PRESERVATION | $126.25 |
| BPO FEES | $380.00 |
| ACCRUED LATE CHARGES | $176.19 |
| FREEDOM OF INFORMATION ACT LETTERS | $15.00 |
| DUE DILIGENT INQUIRY | $110.00 |
| PROPERTY SEARCH | $75.00 |
| RECORD OWNER LIEN CERTIFICATE | $325.00 |
| SERVICE OF COMPLAINT | $50.00 |
| FILING OF COMPLAINT | $112.00 |
| TAX CERTIFICATION | $100.00 |
| FORECLOSURE FEE | $625.00 |
| **TOTAL PREPETITION INDEBTEDNESS** | **$58,997.12** |

Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

UNITED STATES BANKRUPTCY COURT

IN RE
   SUSAN J. SCHOFIELD
   Debtor(s)

CHAPTER 13
CASE NO. 10-20927 JKF

JAY B. JONES, certifies that a true and correct copy of the attached Proof of Claim was served upon the following person(s):

JOSEPH B. AGUGLIA, JR., ESQUIRE
1001 STATE STREET
SUITE 1400
ERIE, PA 16501

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

March 24, 2010

/s/ JAY B. JONES, ESQUIRE