**Form 165**

**UNITED STATES BANKRUPTCY COURT**  2
**WESTERN DISTRICT OF PENNSYLVANIA** ctak

| | |
|---|---|
| In re:<br>Susan J. Schofield  **Debtor(s)** | Bankruptcy Case No.: 10–20927–JKF<br>Chapter: 13<br>Adversary Proceeding No.: 11–02231–JKF |
| Susan J. Schofield<br>  **Plaintiff(s)**<br>vs.<br>HSBC Bank USA, National Association, As Trustee For<br>Home Equity Loan Trust Series ACE 2004–HE3<br>  **Defendant(s)** | First Pretrial Hearing: 6/22/11 at 01:30 PM<br>Related to Docket No. 1 |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, \_\_\_\_\_, I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):

on the defendant(s) at (List names and addresses here):

Executed on _____        _____
                        (Date)                                                                                                  (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)