# Notice Recipients

District/Off: 0315–2     User: ctak     Date Created: 5/9/2011
Case: 11–02231–JKF     Form ID: 165     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Joseph B. Aguglia, Jr.     jaguglia@verizon.net

TOTAL: 1