# Notice Recipients

District/Off: 0315–2         User: ctak            Date Created: 5/9/2011
Case: 11–02231–JKF           Form ID: 164          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Joseph B. Aguglia, Jr.         jaguglia@verizon.net

TOTAL: 1