**Form 159**

UNITED STATES BANKRUPTCY COURT     2
WESTERN DISTRICT OF PENNSYLVANIA     ctak

In re:      Bankruptcy Case No.: 10–20927–JKF
**Susan J. Schofield**     Chapter: 13
    Debtor(s)     Adversary Proceeding No.: 11–02231–JKF
    First Pretrial Hearing: Jun. 22, 2011 at 01:30 PM

**Susan J. Schofield**

    Plaintiff(s)
vs.

**HSBC Bank USA, National Association, As Trustee For Home Equity Loan Trust Series ACE 2004–HE3**

    Defendant(s)

### SUMMONS IN AN ADVERSARY PROCEEDING

    To the Defendant(s):
**YOU ARE HEREBY SUMMONED AND REQUIRED TO FILE WITH THE CLERK OF THE BANKRUPTCY COURT** and serve upon the plaintiff's attorney or plaintiff, if no attorney, a motion or answer to the complaint which is attached to this summons **within 30 days after the date of issuance of this summons**, except that the United States and its officers and agencies shall submit a motion or answer to the complaint within 35 days.

    Address of Clerk     *Clerk, U.S. Bankruptcy Court*
*5414 U.S. Steel Tower*
*600 Grant Street*
*Pittsburgh, PA 15219*

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney     *Joseph B. Aguglia Jr.*
*1001 State Street*
*Suite # 1400*
*Erie, PA 16501*
*814–480–5790*

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**ANSWERS ARE DUE ON OR BEFORE JUNE 8, 2011.** Failure to file an answer may result in the court entering a default judgment.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: May 9, 2011     John J. Horner
*Clerk, U.S. Bankruptcy Court*

