# Notice Recipients

District/Off: 0315–2  User: ctak  Date Created: 5/9/2011
Case: 11–02231–JKF  Form ID: 159  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Joseph B. Aguglia, Jr.   jaguglia@verizon.net

TOTAL: 1