# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Susan Schofield | Bankruptcy No: 10-20927-JKF |
| | Chapter 13 |
| Debtor, | Adversary No.:11-02231-JKF |
| Joseph B. Aguglia JR, | |
| Movant, | |
| vs. | |
| Susan Schofiled | |
| Respondent. | |

## MOTION TO WITHDRAW AS COUNSEL IN THIS ADERSARY CASE

**AND NOW,** comes the Debtor's Counsel, Joseph B. Aguglia, JR, Esquire, and files the following Motion to Withdraw as Counsel, averring in support, as follows:

1. This case was commenced on February 17, 2010, when Debtors' filed a Voluntary Chapter 13 Bankruptcy Petition.

2. Present counsel entered his appearance at that time.

3. Debtor's make her monthly payment directly to the Trustee.

4. Counsel has filed a Motion to withdraw as Counsel on the main case # 10-20927-JKF, docket entry 60 and 61.

5. Counsel has not advised nor participated with the filing of this adversary case.

6. There has been an irretrievable breakdown of the attorney client relationship.

7. As such, Debtor will not be prejudiced by having to seek new counsel.

**WHEREFORE**, Counsel for Debtor requests that this Honorable Court enter an Order permitting counsel to withdraw from this adversary case.

Respectfully Submitted,

**/s/ Joseph B. Aguglia JR**
Joseph B. Aguglia JR, Esquire
PA ID # 94516
1001 State Street
Suite 1400
Erie PA 16501
(814) 480-5790
jaguglia@verizon.net