**Form 159**  UNITED STATES BANKRUPTCY COURT  6
　　　　　　WESTERN DISTRICT OF PENNSYLVANIA  ctak

| | |
|---|---|
| In re: | Bankruptcy Case No.: 10–20927–JKF |
| **Susan J. Schofield** | Chapter: 13 |
| 　Debtor(s) | Adversary Proceeding No.: 11–02231–JKF |
| | First Pretrial Hearing: Jul. 27, 2011 at 01:30 PM |

**Susan J. Schofield**

　　Plaintiff(s)
vs.

**HSBC Bank USA, National Association, As Trustee For Home Equity Loan Trust Series ACE 2004–HE3**

　　Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

　　To the Defendant(s):

**YOU ARE HEREBY SUMMONED AND REQUIRED TO FILE WITH THE CLERK OF THE BANKRUPTCY COURT** and serve upon the plaintiff's attorney or plaintiff, if no attorney, a motion or answer to the complaint which is attached to this summons **within 30 days after the date of issuance of this summons**, except that the United States and its officers and agencies shall submit a motion or answer to the complaint within 35 days.

　　　　　Address of Clerk　　　　　　　*Clerk, U.S. Bankruptcy Court*
　　　　　　　　　　　　　　　　　　　　*5414 U.S. Steel Tower*
　　　　　　　　　　　　　　　　　　　　*600 Grant Street*
　　　　　　　　　　　　　　　　　　　　*Pittsburgh, PA 15219*

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　　Name and Address of Plaintiff's Attorney　　　*Joseph B. Aguglia Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　*1001 State Street*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Suite # 1400*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Erie, PA 16501*
　　　　　　　　　　　　　　　　　　　　　　　　　　*814–480–5790*

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**ANSWERS ARE DUE ON OR BEFORE JUNE 22, 2011.** Failure to file an answer may result in the court entering a default judgment.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: May 23, 2011　　　　　　　　　John J. Horner
　　　　　　　　　　　　　　　　　　*Clerk, U.S. Bankruptcy Court*



```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
Schofield,
         Plaintiff                                              Adv. Proc. No. 11-02231-JKF

HSBC Bank USA, National Association, As,
         Defendant                    CERTIFICATE OF NOTICE
District/off: 0315-2        User: ctak              Page 1 of 1           Date Rcvd: May 23, 2011
                            Form ID: 159            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2011.
pla            +Susan J. Schofield,   2520 Beaver Avenue,   Monaca, PA 15061-1241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2011**                    **Signature:**    _Joseph Speetjens_