**UNITED STATES BANKRUPTCY COURT**     6
**WESTERN DISTRICT OF PENNSYLVANIA**     ctak

In re:                                              Bankruptcy Case No.: 10–20927–JKF
Susan J. Schofield     **Debtor(s)**                Chapter: 13
                                                    Adversary Proceeding No.: 11–02231–JKF
Susan J. Schofield                                  First Pretrial Hearing: 7/27/11 at 01:30 PM
                                                    Related to Docket No. 1
     **Plaintiff(s)**
**vs.**
HSBC Bank USA, National Association, As Trustee For
Home Equity Loan Trust Series ACE 2004–HE3

     **Defendant(s)**

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):

on the defendant(s) at (List names and addresses here):

Executed on _____          _____
                    (Date)                                      (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

```
               United States Bankruptcy Court
               Western District of Pennsylvania
```

Schofield,
        Plaintiff                                    Adv. Proc. No. 11-02231-JKF

HSBC Bank USA, National Association, As,
        Defendant                    **CERTIFICATE OF NOTICE**

District/off: 0315-2        User: ctak           Page 1 of 1          Date Rcvd: May 23, 2011
                           Form ID: 165          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2011.
pla          +Susan J. Schofield,   2520 Beaver Avenue,   Monaca, PA 15061-1241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2011**              **Signature:** *Joseph Speetjens*